1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  ROBERT W. RAINWATER, Bar #67212
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   BORIS HERNANDEZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0137 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON |
| BORIS HERNANDEZ-SANCHEZ, | ) | |
| Defendant. | ) | Date:  June 5, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference in the above entitled matter previously set for May 15, 2006, be continued to **June 5, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

|  |  |  |
|---|---|---|
|  |  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 4, 2006 | By: | /s/ Marianne A. Pansa<br>MARIANNE E. PANSA<br>Assistant U.S. Attorney |
|  |  | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: May 4, 2006 | By: | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Boris Hernandez-Sanchez |

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:    May 5, 2006**              /s/ Anthony W. Ishii
9h0d30                                 UNITED STATES DISTRICT JUDGE

Stip. to Continue Status Conference and Order              2